# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 30, 2023

## NO. 03-21-00360-CV

**World Class Capital Group, LLC; World Class Acquisitions, LLC; and Manfred Sternberg, Appellants**

**v.**

**Gibson, Dunn & Crutcher LLP, Appellee**

### APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES BAKER, TRIANA AND THEOFANIS
### AFFIRMED -- OPINION BY JUSTICE TRIANA

This is an appeal from the orders signed by the trial court on July 8, 2021; November 18, 2021; and February 1, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's orders. Therefore, the Court affirms the trial court's orders. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.